UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| JEFFREY L. SAYLOR and : | Case No. 14-1-0444-WL |
| KAREN L. SAYLOR, : | Chapter 13 |
| Debtors. : | |
| : | |

**PRAECIPE REQUESTING ENTRY OF AN ORDER
DENYING CONFIRMATION WITHOUT LEAVE TO AMEND
FOR DEBTORS' FAILURE TO FULFILL
CONDITION TO CONFIRMATION**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, requests the Court to enter an Order denying confirmation without leave to amend inasmuch as the Debtors have failed to make the required plan payments within 14 days of the confirmation hearing held on August 19, 2014.

Respectfully submitted,

September 23, 2014           /s/ Timothy P. Branigan
                             Timothy P. Branigan (Fed. Bar No. 06295)
                             Chapter 13 Trustee
                             P.O. Box 1902
                             Laurel, Maryland  20725-1902
                             (301) 483-9118
                             cmecf@chapter13maryland.com

**Certificate of Service**

I hereby certify that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the foregoing to be sent on September 23, 2014 by first-class U.S. mail, postage prepaid to:

Jeffrey L. Saylor                    Scott C. Borison, Esq.
Karen L. Saylor                      5235 Westview Drive, Suite 100
317 W. Main Street                   Frederick, MD  21703
Sharpsburg, MD  21782

                             /s/ Timothy P. Branigan
                             Timothy P. Branigan (Fed. Bar No. 06295)